IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABDUL RAHIM MUHAMMAD, et al.  :   CIVIL ACTION
                              :
     v.                       :
                              :
UNITED STATES OF AMERICA      :   NO. 11-5785

ORDER

AND NOW, this 6th day of August, 2012, upon consideration of United States' Motion to Dismiss (Docket No. 16), the plaintiffs' opposition, the United States' reply thereto, and supplemental memoranda for both sides, and after oral argument on July 12, 2012, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is granted in part and denied in part.

IT IS FURTHER ORDERED that the claims of unlawful entry and search, and trespass as to all plaintiffs, and false imprisonment, and assault and battery as to Abdul Rahim Muhammad and Sharon Muhammad are dismissed. In all other respects, the motion is denied.

BY THE COURT:


/s/ Mary A. McLaughlin__
MARY A. McLAUGHLIN, J.